| AO 10 |
| Rev. 1/2010 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 4-710<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN 14 A 11: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Enterprise Bank, Lowell MA (director's fees) |
| 2. 2009 | Raytheon Company (employment) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 27-28, 2009 | New York, New York | Bar association dinner | Transportation, lodging and meals |
| 2. | SEAK, Inc. | June 24-25, 2009 | Hyannis, MA | Speaker at Expert Witness Seminar | Transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Company common | | None | J | T | Buy | 12/21/09 | J | | |
| 2. Absolute Strategies Fund | A | Dividend | J | T | | | | | |
| 3. Same | A | Dividend | J | T | | | | | |
| 4. Same | A | Dividend | J | T | | | | | |
| 5. Allianz NFJ Intl Valaue Fund | | None | K | T | Buy | 12/21/09 | J | | |
| 6. Same | | None | J | T | Buy | 12/21/09 | J | | |
| 7. Allied Capital Corp. common | | None | | | Sold | 04/15/09 | J | | |
| 8. Apache Corp. common | A | Dividend | J | T | | | | | |
| 9. Same | A | Dividend | J | T | | | | | |
| 10. Same | A | Dividend | J | T | | | | | |
| 11. Artio Intl Equity | A | Dividend | J | T | | | | | |
| 12. Same | | None | | | Sold | 12/22/09 | J | | |
| 13. Same | | None | | | Sold | 12/22/09 | J | | |
| 14. Avery Dennison common | A | Dividend | | | Sold | 04/15/09 | J | | |
| 15. Bank of America common | A | Dividend | | | Sold | 12/21/09 | J | A | |
| 16. Bank of America deposit accounts | A | Interest | K | T | | | | | |
| 17. BHP Billiton ADR | | None | J | T | Buy | 12/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Same | | None | J | T | Buy | 12/21/09 | J | | |
| 19. BMC Software common | | None | J | T | Buy | 12/21/09 | J | | |
| 20. Cisco Systems common | | None | J | T | | | | | |
| 21. Constellation Brands common | | None | | | Sold | 04/15/09 | J | | |
| 22. CVS Caremark common | A | Dividend | J | T | | | | | |
| 23. Same | A | Dividend | J | T | Sold (part) | 12/21/09 | J | B | |
| 24. Same | A | Dividend | K | T | | | | | |
| 25. Dentsply Int common | A | Dividend | J | T | | | | | |
| 26. Diageo ADR | A | Dividend | J | T | | | | | |
| 27. Diamond Hill Long-Short Fund Cl I | | None | | | Sold | 04/16/09 | K | | |
| 28. Same | | None | | | Sold | 04/16/09 | J | | |
| 29. Dreyfus Instl. Cash Adv Fund (See part VIII, note 2.) | A | Interest | K | T | | | | | |
| 30. Same | A | Interest | J | T | | | | | |
| 31. Same | A | Interest | J | T | | | | | |
| 32. Enterprise Bank & Trust Co. common | B | Dividend | L | T | | | | | |
| 33. Same | B | Dividend | L | T | | | | | |
| 34. EQT Corp. common (See part VIII, note 3.) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 36. Same | A | Dividend | J | T | | | | | |
| 37. Same | A | Dividend | J | T | | | | | |
| 38. Exelon Corp. common | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 39. Same | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 40. Expeditors Int'l of Washington common | A | Dividend | J | T | | | | | |
| 41. Exxon Mobile common | A | Dividend | J | T | | | | | |
| 42. Fidelity Inst Money Market fund (See Part VIII, note 4.) | A | Interest | J | T | | | | | |
| 43. Same | A | Interest | J | T | | | | | |
| 44. Fiserv, Inc. common | | None | | | Sold | 04/15/09 | J | | |
| 45. Fortune Brands, Inc. common | A | Dividend | | | Sold | 04/15/09 | J | | |
| 46. Same | A | Dividend | | | Sold | 04/15/09 | J | | |
| 47. Same | A | Dividend | | | Sold | 04/15/09 | J | | |
| 48. Hussman Strategic Growth Fund | A | Dividend | J | T | | | | | |
| 49. Same | A | Dividend | J | T | | | | | |
| 50. IBM common | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 51. Same | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Barclays 7-10 yr Treas Bond Fund | A | Dividend | J | T | | | | | |
| 53. iShares Barclays 1-3 yr Treas Bond Fund | A | Dividend | K | T | | | | | |
| 54. Same | A | Dividend | K | T | | | | | |
| 55. iShares Barclays 1-3 yr Credit Bond Fund | A | Dividend | J | T | | | | | |
| 56. Same | A | Dividend | K | ·T | | | | | |
| 57. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 58. Same | | None | J | T | | | | | |
| 59. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 60. iShares Barclays TIPS Fund | A | Dividend | J | T | | | | | |
| 61. Same | A | Dividend | J | T | | | | | |
| 62. Johnson & Johnson common | A | Dividend | J | T | Sold (part) | 12/21/09 | J | C | |
| 63. Same | A | Dividend | J | T | Sold (part) | 12/21/09 | J | C | |
| 64. Same | A | Dividend | J | T | | | | | |
| 65. Leuthold Asset Allocation Fund | A | Dividend | | | Sold | 12/22/09 | J | | |
| 66. Same | A | Dividend | | | Sold | 12/22/09 | J | | |
| 67. Manulife Financial common | A | Dividend | K | T | | | | | |
| 68. Marshall Prime Money Market Fund (See Part VIII, note 4.) | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Same | A | Interest | | | | | | | |
| 70. MA St. Health & Educ., 4.2%, due 10/1/2009 | A | Interest | | | Matured | 10/01/09 | K | | |
| 71. MA St. Water Poll Abatement, 4.2%, due 8/1/2010 | B | Interest | K | T | | | | | |
| 72. Mettler-Toledo Intl. common | | None | J | T | | | | | |
| 73. Microsoft common | A | Dividend | J | T | | | | | |
| 74. Same | A | Dividend | J | T | Sold (part) | 12/21/09 | J | A | |
| 75. Novartis AG spnsrd ADR | A | Dividend | J | T | | | | | |
| 76. Oakmark Intl Fund Cl I | A | Dividend | J | T | | | | | |
| 77. Peabody Energy Corp. | A | Dividend | J | T | Sold (part) | 12/21/09 | J | A | |
| 78. Same | A | Dividend | J | T | | | | | |
| 79. Pepsico common | A | Dividend | J | T | | | | | |
| 80. Praxair, Inc. common | A | Dividend | K | T | | | | | |
| 81. Same | A | Dividend | J | T | | | | | |
| 82. Procter & Gamble common | A | Dividend | J | T | Sold (part) | 12/21/09 | J | D | |
| 83. Same | A | Dividend | K | T | | | | | |
| 84. Raytheon common | D | Dividend | L | T | | | | | |
| 85. Raytheon options | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Raytheon Savings and Investment Plan | C | Int./Div. | M | T | | | | | |
| 87. -Raytheon Stock Fund | | | | | | | | | |
| 88. -Real Estate Securities Fund | | | | | | | | | |
| 89. -BGI US Debt Index Fund | | | | | | | | | |
| 90. -PIMCO Total Return Inst | | | | | | | | | |
| 91. --Fidelity Inst Money Mkt | | | | | | | | | |
| 92. Regency Centers | A | Dividend | J | T | | | | | |
| 93. Royal Dutch Shell plc spnsrd ADR | A | Dividend | J | T | | | | | |
| 94. Sempra Energy common | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 95. Same | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 96. Same | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 97. State Street Corp. common | A | Dividend | J | T | | | | | |
| 98. Stericycle,Inc. common | | None | J | T | | | | | |
| 99. Same | | None | J | T | | | | | |
| 100. Same | | None | J | T | Buy | 04/15/09 | J | | |
| 101. Suncor Energy (New) common | A | Dividend | J | T | | | | | |
| 102. Templeton Global Bond Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Same | A | Dividend | K | T | | | | | |
| 104. Same | A | Dividend | K | T | | | | | |
| 105. Terra Industries common | A | Dividend | J | T | | | | | |
| 106. Teva Pharmaceuticals common | | None | J | T | Buy | 12/21/09 | J | | |
| 107. Same | A | Dividend | J | T | | | | | |
| 108. Thermo Fisher common | | None | J | T | Buy | 12/21/09 | J | | |
| 109. | | None | J | T | Buy | 12/21/09 | J | | |
| 110. Thornburg Intl Value Fund | | None | K | T | Buy | 12/21/09 | K | | |
| 111. Same | | None | J | T | Buy | 12/21/09 | J | | |
| 112. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 113. Same | A | Dividend | J | T | | | | | |
| 114. Vanguard High Yield Corp. Bond Fund | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 115. Same | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 116. Same | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 117. Vanguard Ltd Term Tax Exempt Fund | | None | J | T | Buy | 12/21/09 | J | | |
| 118. Vanguard Short-Term Inv Grade Fund | A | Dividend | J | T | Buy | 04/15/09 | J | | |
| 119. Verizon Communications common | A | Dividend | J | T | Buy | 05/28/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Same | A | Dividend | J | T | Buy | 05/28/09 | J | | |
| 121. Wells Fargo common | A | Dividend | J | T | Sold (part) | 04/15/09 | J | A | |
| 122. | | | | | Sold (part) | 12/21/09 | J | B | |
| 123. Same | A | Dividend | | | Sold | 12/21/09 | J | C | |
| 124. Same | A | Dividend | J | T | Sold (part) | 04/15/09 | J | A | |
| 125. Wisdomtree Intl Small Cap Fund | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. The trust identified in Part I is a ▓▓▓ trust. All the assets are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. The money market assets held in the Dreyfus Institutional Cash Advantage Fund, as reported this year at Part VII, lines 29-31, were formerly held in the Dreyfus Governement Cash Advantage Fund, as reported last year at Part VII, lines 26-28. The transfer occurred in June 2009.

3. EQT Corp. was formerly known as Equitable Resources, Inc.. The asset reported at Part VII, line 34 is the same asset reported last year at Part VII, line 31.'

4. The money market assets previously held in the Marshall money market fund (see Part VII, lines 68-69) were rolled over into a Fidelity money market fund (see Part VII, lines 42-43) on May 20, 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 06/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES O[...]UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544